# ORDER OF MULTIDISTRICT LITIGATION PANEL

Order Pronounced December 9, 2008

THE MOTION TO STAY IN THE FOLLOWING CASE IS GRANTED:

08-0956        IN RE  PETROLEUM WHOLESALE, L.P., AND PWI GP, LLC
               "OPERATION SPOTLIGHT" LITIGATION.

Petroleum Wholesale, L.P., and related parties (Petroleum) filed a motion to transfer four cases to a pretrial MDL judge.  After the motion and two responses had been filed, Petroleum amended the motion to seek transfer in only three cases.  Because of this development, respondents may file additional responses to the motion by Monday, December 22.  Petroleum may file a reply by Monday, January 5, 2009.

Petroleum's motion to stay is granted.  All trial court proceedings in the cases listed below are stayed until further order of the MDL Panel.

No. 59,498, *John Marroney, et al v. Petroleum Wholesale LP*, County Court at Law No. 1 of GalvestonCounty.

No. 2008-45087, *Allison Snoddy, et al v. Petroleum Wholesale, Inc*., 334th District Court of Harris County.

No. 77015, *Joe C. Webster v. Petroleum Wholesale LP*, 40th District Court of Ellis County.

_____
Blake Hawthorne,
Multidistrict Litigation Panel Clerk

ALL CONCUR